# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 20 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC MARCEL MBOULE,

    Defendant.

CASE NO. 1:18-MJ-1118

## ORDER APPOINTING COUNSEL

Brian Mendelsohn

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 20th day of November, 2018.

_Catherine Salinas_
**UNITED STATES MAGISTRATE JUDGE**