**MAGISTRATE'S CRIMINAL MINUTES**
**REMOVALS (RULE 5 & 5.1)**

FILED IN OPEN COURT

DATE: __11/20/18__ @ __3:37 pm__

TAPE: __FTR__  TIME IN COURT: __20 mins__

MAGISTRATE CATHERINE M. SALINAS

ANGELA SMITH DEPUTY CLERK

CASE NUMBER __1:18-mj-1118__  DEFENDANT'S NAME __Eric Marcel Mboule__

AUSA __Samir Kaushal__  DEFENDANT'S ATTY __Brian Mendelsohn__
Type Counsel (circle)   Retained   CJA   **(FDP)**

USPO __Steven Witherspoon__

_____ Interpreter

- ✓ Initial appearance hearing held.
- ✓ Defendant informed of rights.
- ✓ ORDER appointing Federal Defender Program attorney for defendant.
- ___ ORDER appointing _____ attorney for defendant.
- ___ ORDER defendant shall pay attorney's fees as follows: _____

- ✓ Defendant WAIVES removal hearing (as to identity only).  ✓ WAIVER FILED.
- ___ Defendant WAIVES preliminary hearing (___ In this district only).  ___ WAIVER FILED.
- ___ Removal hearing set/reset/cont to _____ @ _____
- ___ Removal hearing HELD.  ___ Probable Cause found.  Defendant held for removal.
- ___ Defendant identified as named defendant in allegations.  Defendant held for removal to other district.
- ___ Defendant ordered removed to other district.
- ___ Commitment issued _____

### BOND/PRETRIAL DETENTION HEARING

- ___ Government motion for detention filed.  Hearing set for _____ @ _____
- ✓ BOND/PRETRIAL DETENTION HEARING HELD  ___ Requested in charging district.
- ___ Government's motion for detention  ___ GRANTED  ___ DENIED
- ___ Pretrial detention ORDERED. (Written order to follow ___).
- ✓ BOND SET at $ __10,000.00__
  - ✓ NON-SURETY
  - ___ SURETY/CASH: ___ Property Acceptable: ___ Corporate Surety Only
  - ___ Combination: _____
- ___ SPECIAL CONDITIONS: _____

- ✓ BOND FILED.  Defendant RELEASED.
- ___ BOND NOT EXECUTED.  DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.
- ___ SEE PAGE 2